[No. 22167-5-II.    Division Two.    April 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC JOHN HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00183-8, James E. Rulli, J., entered June 12, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22168-3-II.    Division Two.    April 9, 1999.]

MARY ANN JACKSON, *Respondent*, v. MICHAEL CRAIG JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-03628-9, Terry K. McCluskey, J., entered August 19, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22335-0-II.    Division Two.    April 9, 1999.]

JOHN E. BRANNFORS, ET AL., *Respondents*, v. MARY E. BRANNFORS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-02120-3, James D. Ladley, J., entered July 29, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 22434-8-II.    Division Two.    April 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEONE KALIEMAKA KEKONA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01448-6, Rudolph J. Tollefson, J., entered September 5, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.